UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy G.,[1] | Civ. No. 24-1348 (JWB-SGE) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Frank Bisignano, *Commissioner of Social Security*, | |
| Defendant. | |

Bryan Konoski, Esq., Konoski & Partners, P.C., counsel for Plaintiff.

Ana H. Voss, Esq., United States Attorney's Office; James Potter, Esq., and Sophie Doroba, Esq., Social Security Administration, counsel for Defendant.

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on May 8, 2025. (Doc. No. 19.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The May 8, 2025 R&R (Doc. No. 19) is **ACCEPTED**;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.

2. Plaintiff's request for relief (Doc. Nos. 12, 17) is **GRANTED**;

3. The Commissioner's request for relief (Doc. No. 16) is **DENIED**; and

4. This matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further explanation as to why Plaintiff's Residual Functional Capacity should or should not be limited to brief and superficial interaction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 12, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge